No. 89–5292. YURKO v. COWLEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–5293. PAIGE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–5294. TATE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–5296. SHAW v. CAMPBELL, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–5298. YANG v. MCCARTHY ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–5299. RHOADS v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 3d Cir. Certiorari denied.

No. 89–5300. TAYLOR v. KNAPP ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–5301. HEARNE v. HEARNE. Ct. App. Tenn. Certiorari denied.

No. 89–5302. THOMPSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–5303. DEGUZMAN v. UNITED STATES; and
No. 89–5317. HOYOS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 875 F. 2d 868.

No. 89–5305. SCOTT v. FRANK, POSTMASTER GENERAL. C. A. 8th Cir. Certiorari denied.

No. 89–5307. MAKER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–5308. DUNN v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. C. A. D. C. Cir. Certiorari denied.

No. 89–5312. ANTHONY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–5313. CLIFTON v. HENMAN, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.